1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   LOUISE ANN FERNANDEZ (Bar No. 86263)
2  BARBRA A. ARNOLD (Bar No. 235898)
   1900 Avenue of the Stars, 7th Floor
3  Los Angeles, California 90067-4308
   Telephone:  (310) 203-8080
4  Facsimile:  (310) 203-0567

5  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 83908)
6  2 Embarcadero Center, 5th Floor
   San Francisco, California 94111-5002
7  Telephone:  (415) 617-2100
   Facsimile:  (415) 912-3636
8
   Attorneys for Defendant Office Depot, Inc.
9
   DAVID J. BECHT, SBN 104208
10 MICHAEL SACHS, SBN 235048
   MYTHILY SIVARAJAH, SBN 252494
11 ADAMS | NYE | TRAPANI | BECHT  LLP
   222 Kearny Street, Seventh Floor
12 San Francisco, California 94108-4521
   Telephone: (415) 982-8955
13 Facsimile:  (415) 982-2042

14 Attorneys for Plaintiff
   DANIEL IMPEY
15

16              IN THE UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

18

19 DANIEL IMPEY,                      CASE NO.  C 09-01973 SBA

20              Plaintiff,            **STIPULATION TO AMEND DISCOVERY RULES
                                      REGARDING INTERROGATORIES**
21        vs.

22 OFFICE DEPOT, INC., and DOES 1-100,
   inclusive,
23
                Defendants.
24

25        Plaintiff Daniel Impey ("Plaintiff") and Defendant Office Depot Inc. ("Defendant") hereby

26 stipulate and jointly move this Court to amend the discovery rules related to interrogatories as set

27 forth in Rule 33 of the Federal Rules of Civil Procedure.

28        The Parties agree to increase the number of interrogatories that both Parties are allowed to

                                      1

propound from 25 to 35.  The Parties reserve the right to move for the allowance of additional interrogatories, if necessary.

The Parties also agree that both parties are entitled to propound one set of Judicial Counsel's California State Form Interrogatories-Employment Law., and that these interrogatories will not count against each side's total of thirty-five (35) interrogatories.

Accordingly, the parties respectfully request that the Court grant the Parties Stipulation to modify the discovery rules related to interrogatories as set forth above.

DATED:  September ___, 2009

ADAMS | NYE | TRAPANI | BECHT  LLP

By: _____
      DAVID J. BECHT
      MICHAEL SACHS
      MYTHILY SIVARAJAH
      Attorneys for Plaintiff
      DANIEL IMPEY

DATED:  September ___, 2009

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
      MARTIN H. ORLICK
      LOUISE ANN FERNANDEZ
      BARBRA A. ARNOLD
      Attorneys for Defendant
      OFFICE DEPOT, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September _22_, 2009

_____
THE HONORABLE Saundra Brown Armstrong
United States District Judge