JEFFER, MANGELS, BUTLER & MARMARO LLP
MARTIN H. ORLICK (Bar No. 83908)
LOUISE ANN FERNANDEZ (Bar No. 86263)
BARBARA A. ARNOLD (Bar No. 235898)
2 Embarcadero Center, 5th Floor
San Francisco, California 94111-5002
Telephone: (415) 617-2100
Facsimile: (415) 912-3636

Attorneys for Defendant Office Depot, Inc.

ADAMS, NYE, TRAPANI, BECHT LLP
DAVID J. BECHT
MICHAEL SACHS
MYTHILY SIVARAJAH
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Attorneys for Plaintiff Daniel Impey

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| DANIEL IMPEY, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE OFFICE DEPOT, INC., and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. C 09-01973 EDL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:  October 27, 2009<br>Time:  3:00 p.m.<br>Judge: Hon. Elizabeth D. Laporte<br>Room.: E |

TO THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA:

This stipulation is based on the foregoing facts:

1. Defendant The Office Depot, Inc. ("Office Depot") will be substituting new

-1-

923953v1

counsel into the case. The process may take several days to complete and will unlikely be completed by October 20, 2009, the current date of the Case Management Conference.

2. Based on the foregoing, the parties respectfully request a brief continuance of the Case Management Conference currently scheduled for October 20, 2009, to October 27, 2009, at 3:00 p.m.. The requested time will permit Office Depot to orderly file a substitution of counsel.

3. No previous continuances have been sought or granted in this matter.

DATED: October 16, 2009        JEFFER, MANGELS, BUTLER & MARMARO LLP
                               MARTIN H. ORLICK
                               LOUISE ANN FERNANDEZ
                               BARBRA A. ARNOLD

                               By: /s/ Marty Orlick B.A.
                               MARTIN H. ORLICK
                               Attorneys for Office Depot, Inc.

DATED: October 16, 2009        ADAMS, NYE, TRAPANI, BECHT LLP
                               DAVID J. BECHT
                               MICHAEL SACHS
                               MYTHILY SIVARAJAH

                               By: /s/ Mythily Sivarajah
                               MYTHILY SIVARAJAH
                               Attorneys for Daniel Impey

IT IS SO ORDERED:

Good cause appearing, it is ordered that the Case Management Conference currently set for October 20, 2009, shall be continued until October 27, 2009, at 3:00 p.m.

DATED: October 19, 2009        /s/ Elizabeth D. Laporte
                               UNITED STATES DISTRICT COURT JUDGE

923953v1

-2-