MICHAEL E. BREWER, Bar No. 177912
JILL A. FUKUNAGA, Bar No. 202238
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
mbrewer@littler.com
jfukunaga@littler.com

Attorneys for Defendant
OFFICE DEPOT, INC.


ADAMS, NYE, TRAPANI, BECHT LLP
DAVID J. BECHT, Bar No. 104208
MICHAEL SACHS, Bar No. 235048
MYTHILY SIVARAJAH, Bar No. 252494
222 Kearny Street, Seventh Floor
San Francisco, CA  94108
Telephone: 415.982.8955
Facsimile: 415.982.2042

Attorneys for Plaintiff
DANIEL IMPEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL IMPEY, an individual,,<br><br>    Plaintiff,<br><br>v.<br><br>THE OFFICE DEPOT, INC., and DOES 1-100, inclusive,,<br><br>    Defendant. | Case No. C 09-01973 EDL<br><br>**FURTHER STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:       November 3, 2009<br>Time:      3:00 p.m.<br>Judge:     Hon. Elizabeth D. Laporte<br>**COURTROOM: E** |

TO THE ABOVE ENTITLED COURT:

This stipulation is based on the following facts:

1.  Defendant OFFICE DEPOT, INC. ("Defendant") has substituted in new counsel, Littler Mendelson, P.C. pursuant to the Notice of Substitution of Counsel filed on October 19, 2009.

NO. C 09-01973 EDL

2. Defendant is in the process of transferring all files and records to its new counsel and anticipates that this may take several days to complete. In addition, lead counsel for Defendant will be in meetings out of state and unavailable to appear at the previously scheduled Case Management Conference on October 27, 2009.

3. Based on the foregoing, the parties respectfully request a continuance of the Case Management Conference to November 3, 2009 at 3:00 p.m.

Dated: October 20, 2009

*[signature]*
MICHAEL E. BREWER
JILL A. FUKUNAGA
LITTLER MENDELSON, P.C.
Attorneys for Defendant
OFFICE DEPOT, INC.

Dated: October 20, 2009

*[signature]*
MYTHILY SIVARAJAH
ADAMS, NYE, TRAPANI, BECHT LLP
Attorneys for Plaintiff
DANIEL IMPEY

Good cause appearing, it is ordered that the Case Management Conference currently set for October 27, 2009 shall be continued to November 3, 2009 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: October 21, 2009

*[signature]*
ELIZABETH D. LAPORTE
United States District Judge

NO. C 09-01973 EDL    2.    Further Stipulation to Continue Case Management Conference and Order Thereon