UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL IMPEY,

    Plaintiff,

v.

THE OFFICE DEPOT, INC.

    Defendant.

_____/

No. C-09-01973 EDL

**ORDER DENYING REQUEST TO HEAR MOTION TO COMPEL ON SHORTENED TIME, CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT AND FURTHER CASE MANAGEMENT CONFERENCE**

The parties are hereby notified that the hearing on Defendant's Motion for Summary Judgment is continued from June 8, 2010 to June 29, 2010 at 9:00 a.m. Plaintiff's opposition shall be filed on or before June 1, 2010, and Defendant's Reply shall be due on June 8, 2010. The parties' stipulated request to hear Plaintiff's Motion to Compel on shortened time is DENIED, and the motion will be heard on May 25, 2010 as currently scheduled. The Further Case Management Conference currently set for May 4, 2010 is hereby continued to May 25, 2010 and will be conducted immediately following the hearing on the Motion to Compel.

Dated: April 26, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge