UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DANIEL IMPEY, an individual, | Case No.  C 09-1973 EDL |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT OFFICE DEPOT, INC.'S ADMINISTRATIVE MOTION FOR ORDER EXTENDING TIME TO DISCLOSE REBUTTAL EXPERT WITNESSES AND EXTENDING EXPERT DISCOVERY** |
| v. | |
| OFFICE DEPOT, INC., and DOES 1-100, inclusive, | |
| Defendant. | |
| | Trial Date:  September 27, 2010 |

Pursuant to Civil Local Rule 7-11, Defendant Office Depot, Inc. filed this motion for administrative relief, requesting an order extending time to disclose rebuttal expert witnesses in the above-captioned action from June 16, 2010 to July 9, 2010.  While Plaintiff is correct that Defendant should have been more proactive, on balance the Court finds good cause and hereby grants Defendant's motion and orders as follows:

The deadline for disclosing rebuttal expert witnesses is extended to July 9, 2010.  The expert discovery cutoff is extended to August 6, 2010.  In addition, should Plaintiff consent to submit to a psychiatric examination by Defendant's expert witness, said expert witness shall have ten days

//

//

CASE NO. C 09-01973 EDL

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

following the examination to submit a written report, and Plaintiff may depose Defendant's expert thereafter.

**IT IS SO ORDERED.**

Dated: June 14, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO. 09-1973 EDL                2.                ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR ORDER EXTENDING TIME TO DISCLOSE REBUTTAL EXPERT WITNESSES