UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL IMPEY,

    Plaintiff,

v.

THE OFFICE DEPOT, INC.

    Defendant.

_____/

No. C-09-01973 EDL

**ORDER REGARDING DEFENDANT'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION**

    On June 14, 2010, the Court issued an Order extending expert discovery dates to allow Defendant time to engage and prepare rebuttal expert reports, as well as additional time for discovery "should Plaintiff consent to submit to a psychiatric examination by Defendant's expert witness." Defendant now moves to compel an independent medical examination by its rebuttal expert and requests that the motion be heard on shortened time on June 25, 2010 at the same time as the currently-scheduled hearing on the Motion for Summary Judgment.

    Given the conflicting schedules of counsel for both parties and the Court (as demonstrated by the need to specially set the hearing on the Motion for Summary Judgment) and for the convenience of the parties and the Court, the Court finds good cause for shortening time on Defendant's Motion to Compel. The Court notes that Defendant's motion is short (six pages) and does not appear to involve complex or novel legal issues so an opposition to the motion to compel should be able to be prepared on shortened time.

For the foregoing reasons, it is hereby Ordered that Defendant's Ex Part Motion to Shorten Time For Hearing on Motion to Compel ((Dkt. #79) is GRANTED. Plaintiff shall have until June 22, 2010 to file an Opposition of no more than six pages. No Reply shall be filed. The motion will be heard on June 25, 2010 in conjunction with the Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: June 15, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge