MICHAEL E. BREWER, Bar No. 177912
JILL A. FUKUNAGA, Bar No. 202238
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809
mbrewer@littler.com
jfukunaga@littler.com

Attorneys for Defendant
OFFICE DEPOT, INC.

ADAMS, NYE, TRAPANI, BECHT LLP
DAVID J. BECHT (Bar No. 104208)
MICHAEL SACHS (Bar No. 235048)
MYTHILY SIVARAJAH (Bar No. 252494)
222 Kearny Street, 7th Floor
San Francisco, CA 94108-4521
Telephone: 415.982.8955
Facsimile: 415.982.2042
dbecht@adamsnyeemployment.com
msachs@adamsnyeemployment.com
msivarajah@adamsnyeemployment.com

Attorneys for Plaintiff
DANIEL IMPEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL IMPEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE OFFICE DEPOT, INC., and DOES 1-100, inclusive,<br><br>Defendant. | Case No. C 09-01973 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND PRETRIAL CONFERENCE**<br><br>Trial Date: September 27, 2010 |

CASE NO. C 09-01973 EDL

WHEREAS, the Court has ordered the parties to meet and confer regarding continuance of the trial of this matter; and

WHEREAS the parties have met and conferred and agreed upon a trial date that is mutually convenient to both Plaintiff and Defendant;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, as follows:

The trial of this matter shall be continued to February 28, 2011. A pretrial conference shall be held on February 8, 2011. All respective pretrial deadlines are also continued relative to the new trial date and pretrial conference date.

**IT IS SO STIPULATED.**

Dated: August 6, 2010

MICHAEL E. BREWER
JILL A. FUKUNAGA
LITTLER MENDELSON
Attorneys for Defendant
OFFICE DEPOT, INC.

Dated: August 6, 2010

DAVID J. BECHT
MICHAEL SACHS
MYTHILY SIVARAJAH
ADAMS | NYE | TRAPANI | BECHT LLP
Attorneys for Plaintiff
DANIEL IMPEY

Pursuant to the above stipulation, trial of this action shall be continued to February 28, 2011 at 8:30 a.m. A pretrial conference shall be held on February 8, 2010 at 2:00 p.m. All relevant pretrial deadlines shall be continued in accordance with these dates.

**IT IS SO ORDERED.**

Dated: August 9, 2010

ELIZABETH D. LAPORTE
United Stated Magistrate Judge

Firmwide:96730131.1 063095.1003

CASE NO. C 09-01973 EDL    2.    STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND PRETRIAL CONFERENCE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468