UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL IMPEY,

    Plaintiff,

v.

THE OFFICE DEPOT, INC.

    Defendant.
_____/

No. C-09-01973 EDL

**ORDER DENYING SEALING REQUESTS**

In connection with Defendant's Motion for Summary Judgment, both parties filed requests to seal various documents associated with their briefs. In its Order denying the Motion for Summary Judgment, the Court stated that neither party had made a showing of "compelling need" to justify sealing the documents in connection with a summary judgment motion and Ordered the parties to submit supplemental declarations explaining the compelling need for filing the documents in question under seal. Neither party filed any declaration, and the Court has confirmed with both sides that they no longer seek to file the documents in question under seal. Therefore, the parties' requests to seal (Dkt. nos. 53 and 69-8) are hereby DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: August 9, 2010

                                    _____
                                    ELIZABETH D. LAPORTE
                                    United States Magistrate Judge