| | |
|---|---|
| 1 | MICHAEL E. BREWER, Bar No. 177912 |
|   | GREGORY G. ISKANDER, Bar No. 200215 |
| 2 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 3 | Treat Towers |
|   | 1255 Treat Boulevard, Suite 600 |
| 4 | Walnut Creek, CA  94597 |
|   | Telephone:    925.932.2468 |
| 5 | Facsimile:     925.946.9809 |
|   | mbrewer@littler.com |
| 6 | giskander@littler.com |

7   Attorneys for Defendant
    OFFICE DEPOT, INC.
8
    ADAMS |NYE |BECHT LLP
9   DAVID J. BECHT (Bar No. 104208)
    MICHAEL SACHS (Bar No. 235048)
10  MYTHILY SIVARAJAH (Bar No. 252494)
    222 Kearny Street, 7th Floor
11  San Francisco, CA  94108-4521
    Telephone:    415.982.8955
12  Facsimile:    415.982.2042
    dbecht@adamsnyeemployment.com
13  msachs@adamsnyeemployment.com
    msivarajah@adamsnyeemployment.com
14
    Attorneys for Plaintiff
15  DANIEL IMPEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL IMPEY, an individual, | Case No.  C 09-01973 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER WITHDRAWING ALL MOTIONS IN LIMINE** |
| v. | |
| THE OFFICE DEPOT, INC., and DOES 1-100, inclusive, | |
| Defendant. | |

Pursuant to the Court's request, the Parties hereby stipulate:

1.   That all current motions in limine previously filed by Plaintiff and Defendant in the above-entitled action are hereby withdrawn, and said motions in limine are to be re-filed by no

CASE NO. C 09-01973 EDL                    STIPULATION AND [PROPOSED] ORDER
                                           WITHDRAWING ALL MOTIONS IN LIMINE

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

later than July 12, 2011; and

      2.     The Pretrial Conference shall remain scheduled for August 9, 2011.

**IT IS SO STIPULATED.**

Dated: May 5, 2011

/s/ Michael E. Brewer
MICHAEL E. BREWER
GREGORY G. ISKANDER
LITTLER MENDELSON
Attorneys for Defendant OFFICE DEPOT, INC.

Dated: May 5, 2011

/s/ Mythily Sivarajah
DAVID J. BECHT
MICHAEL SACHS
MYTHILY SIVARAJAH
ADAMS | NYE | BECHT LLP Attorneys for Plaintiff DANIEL IMPEY

Pursuant to the above stipulation, and for good cause, it is hereby

**ORDERED** that all motions in limine filed by the parties are hereby withdrawn. The parties are ordered to re-file said motions in limine by no later than **July 12, 2011;** and it is further

**ORDERED** that the Pretrial Conference shall remain scheduled for August 9, 2011; at 2:00 p.m.

Dated: __May 6____, 2011

ELIZABETH D. LAPORTE
United Stated Magistrate Judge

Firmwide:101535795.1 063095.1003

CASE NO. C 09-01973 EDL     2.     STIPULATION AND [PROPOSED] ORDER WITHDRAWING ALL MOTIONS IN LIMINE