UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL IMPEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE OFFICE DEPOT, INC., and DOES 1-100, inclusive,<br><br>Defendant. | Case No. C 09-01973 EDL<br><br>**ORDER RE STIPULATION TO SHORTEN TIME FOR HEARING DEFENDANTS' MOTION TO CONTINUE TRIAL DATE** |

It is hereby Ordered that Defendants' Motion to Continue Trial will be decided on the papers after the following briefing schedule: Opposition due July 14, 2011 and Reply due July 18, 2011.

In their briefs, the parties should address exactly how much time they anticipate needing for trial, and whether they would consider stipulating to have another judge of this District take the jury's verdict if deliberations continue beyond September 22, after which Judge Laporte will be unavailable.

The Court would consider beginning trial on July 8, 2011, which would allow 11 consecutive days of trial. Starting on October 17 as proposed by Defendants does not appear to be a workable alternative because the Court is only available for eight consecutive days before it would have to

//

//

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

CASE NO. C 09-01973 EDL

ORDER RE STIPLATION TO SHORTEN TIME
ON MOTION TO CONTINUE TRIAL DATE

1  interrupt the proceedings for a few days.

2

3  **SO ORDERED.**

4  Dated: July 11, 2011

5  _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

CASE NO. C 09-01973 EDL                    2.              MOTION TO CONTINUE TRIAL DATE