1  DAVID J. BECHT, SBN 104208
   dbecht@adamsnyeemployment.com
2  MICHAEL SACHS, SBN 235048
   msachs@adamsnyeemployment.com
3  MYTHILY SIVARAJAH, SBN 252494
   msivarajah@adamsnyeemployment.com
4  ADAMS | NYE | BECHT | LLP
   222 Kearny Street, Seventh Floor
5  San Francisco, California 94108-4521
   Telephone: (415) 982-8955
6  Facsimile: (415) 982-2042

7  Attorneys for Plaintiff,
   DANIEL IMPEY
8
   MICHAEL E. BREWER, SBN 177912
9  mbrewer@littler.com
   GREGORY ISKANDER, SBN 200215
10 giskander@littler.com
   LITTLER MENDELSON
11 A Professional Corporation
   Treat Towers
12 1255 Treat Boulevard, Suite 600
   Walnut Creek, CA  94597
13 Telephone:    925.932.2468
   Facsimile:    925.946.9809
14
   Attorneys for Defendant,
15 OFFICE DEPOT. INC.

16              IN THE UNITED STATES DISTRICT COURT

17         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO BRANCH

| | |
|---|---|
| 18  DANIEL IMPEY, | No.  C09-01973 EDL |
| 19                Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING PROJECTION AND DOCUMENT CAMERA EQUIPMENT IN THE COURTROOM** |
| 20  vs. | |
| 21  OFFICE DEPOT, INC., AND DOES 1-100, INCLUSIVE, | Courtroom:        E<br>Judge:             Elizabeth Laporte |
| 22 | |
| 23                Defendants. | Complaint Filed:  April 1, 2009<br>Trial Date:  September 6, 2011 |

WHEREAS, on September 6, 2011, trial of this matter is to commence in Courtroom D, which is not "evidence-presentation-ready."

WHEREAS, the parties intend to bring into the courtroom the following equipment to assist the triers of fact to understand certain evidence and save trial time:

- Document or ELMO reader, ProMax-DG600 Digital Visualizer, along with accompanying wires and spare parts such as bulbs and batteries;
- Projector, Epson, with accompanying wires;
- Laptops;
- Screen

THEREFORE, the parties respectfully request that the Court issue an order permitting the above-listed equipment to be brought into Courtroom D.

**IT IS SO STIPULATED**.

Dated: August 17, 2011

/s/ Mythily Sivarajah
DAVID J. BECHT
MICHAEL SACHS
MYTHILY SIVARAJAH
ADAMS | NYE | BECHT LLP
Attorneys for Plaintiff
DANIEL IMPEY

Dated: August 17, 2011

/s/ Michael E. Brewer
MICHAEL E. BREWER
GREGORY ISKANDER
LITTLER MENDELSON
Attorneys for Defendant
OFFICE DEPOT, INC.

**O R D E R**

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: August 18, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge