UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL IMPEY,

        Plaintiff,

v.

THE OFFICE DEPOT, INC.

        Defendant.

_____/

No. C-09-01973 EDL

**ORDER ON OBJECTIONS TO TRIAL EXHIBITS**

Following the August 9, 2011 pretrial conference in this case, the Court issued a pre-trial Order requiring the parties to meet and confer regarding various outstanding issues. Following this meet and confer effort, certain objections to the parties' trial exhibits remain outstanding. This Order addresses the remaining objections to trial exhibits.

**Defendant's Objections to Plaintiff's Exhibits**

1. Exhibit 15 (Plaintiff's Employee Stock Purchase Plan Enrollment Change Form): Irrelevant (FRE 402). **RULING DEFERRED.** The parties should meet and confer on a stipulation relating to evidence of Plaintiff's benefits.

2. Exhibit 23 (Notice of Incentive Stock Option to Plaintiff, signed 9/30/2001): Irrelevant (FRE 402). **RULING DEFERRED.** The parties should meet and confer on a stipulation relating to evidence of Plaintiff's benefits.

3. Exhibit 43 (Employment Application of Jose Felix): Irrelevant (FRE 402); hearsay (FRE 802); undue delay and unfair prejudice (FRE 403). **DENIED.**

4. Exhibit 44 (Sign off sheet): Irrelevant (FRE 402); hearsay (FRE 802). **RULING DEFERRED.**

5. Exhibit 45 (Email from Sid Kim to Plaintiff dated 12/28/2005 re: "830 Dublin – Training Store Action Plan"): Irrelevant (FRE 402); hearsay (FRE 802); undue delay and unfair prejudice (FRE403). **DENIED.**

6. Exhibit 71 (Performance Improvement Process for Carlos Torres, signed 8/22/2007): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

7. Exhibit 73 (Audit Trail Report for Store 00829 from 12/16/2007 to 6/16/2008): Irrelevant (FRE 402); unduly prejudicial, confusing and/or misleading (FRE 403); hearsay (FRE 802). From the parties' submissions, the Court cannot tell what this document relates to, what the codes mean, or how it is or is not relevant to this case. **RULING DEFERRED.**

8. Exhibit 74 (Email from Lori Hale to Cheryl Coulombe entitled "829 Punch Audit", dated June 23, 2008): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

9. Exhibit 75 (Email from Cheryl Coulombe to Sean Mehranbod entitled "829 Meal Period Manipulation," dated June 23, 2008): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

10. Exhibit 76 (Email from Sean Mehranbod to Cheryl Coulombe entitled "RE: 829 Meal Period Manipulation," dated June 24, 2008): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

11. Exhibit 77 (Email from Sean Mehranbod to Trudy Perry entitled "RE: 829 Meal Period Manipulation," dated June 27, 2008): Irrelevant (FRE 402); hearsay (FRE 802);unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

12. Exhibit 78 (Chart listing associates and "Dates MPTs incurred"): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). The Court cannot tell what this document relates to or what the codes mean. **RULING DEFERRED.**

13. Exhibit 79 (Email from Greg Lindo to Cheryl Coulombe dated June 30, 2008, entitled "829 Time clock manipulation"): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

14. Exhibit 80 (Spreadsheet of associate names, adjusted minutes, and managers' names): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

15. Exhibit 81 (Email from Greg Lindo to Cheryl Coulombe, Lori Hale and Trudy Perry dated June 30, 2008, entitled "941 Santa Rosa MPT Investigation June 2008"): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

16. Exhibit 82 (Spreadsheet of associate names, adjusted minutes, and managers' names): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

17. Exhibit 83 (Loss prevention report regarding store 941) Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.**

18. Exhibit 84 (Handwritten note by Vivian Fernandez): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.**

19. Exhibit 85 (Handwritten note by Serafin Miranda): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.**

20. Exhibit 86 (Handwritten note by Rick Larson): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.**

21. Exhibit 87 (Handwritten note by Jaime Riblett): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.**

22. Exhibit 88 (Handwritten note by Serafin Miranda): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.**

23. Exhibit 89 (Handwritten note by Charles Coleman): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.**

24. Exhibit 90 (Email from Cheryl Coulombe to Trudy Perry re Performance Improvement Process for Charles Coleman): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial,

|   |   |   |
|---|---|---|
|   |   | confusing and/or misleading (FRE 403). This Exhibit is overly confusing because it does not contain the attachment to which it refers. **GRANTED.** |
|   | 25. | Exhibit 91 (Fax cover sheet) Irrelevant (FRE 402). **GRANTED.** |
|   | 26. | Exhibit 92 (Handwritten note by Shery E. ??? 7-2-08): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.** |
|   | 27. | Exhibit 93 (Handwritten note by Carlos Torres): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.** |
|   | 28. | Exhibit 94 (Handwritten note by Bob Harris) Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.** |
|   | 29. | Exhibit 95 (Audit Trail Report for Store 941 from 12/30/2007 to 2/16/2008): Irrelevant (FRE 402); unduly prejudicial, confusing and/or misleading (FRE 403). The Court cannot tell what this document relates to, what the codes mean, or how it is or is not relevant to this case. **RULING DEFERRED.** |
|   | 30. | Exhibit 96 (Audit Trail Report for Store 941 from 12/30/2007 to 6/30/2008): Irrelevant (FRE 402; unduly prejudicial, confusing and/or misleading (FRE 403). The Court cannot tell what this document relates to, what the codes mean, or how it is or is not relevant to this case. **RULING DEFERRED.** |
|   | 31. | Exhibit 98 (Performance Improvement Process for Charles Coleman (not completed)) Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.** |
|   | 32. | Exhibit 99 (Performance Improvement Process for Charles Coleman, dated 7/8/2008): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.** |
|   | 33. | Exhibit 100 (Performance Improvement Process for Bob Harris, dated 7/8/2008): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.** |
|   | 34. | Exhibit 103 (Loss prevention report regarding store 829) Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). **DENIED.** |

35. Exhibit 112 (Report of MPTs for Store 830, 2007-2008):  Irrelevant (FRE 402); unduly prejudicial, confusing and/or misleading (FRE 403); hearsay (FRE 802).  **RULING DEFERRED.**

36. Exhibit 132 (Unaddressed letter from Plaintiff dated 10/9/2009): Irrelevant (FRE 402); unduly prejudicial, confusing and/or misleading (FRE 403); hearsay (FRE 802).  **RULING DEFERRED.**

37. Exhibit 133 (Spreadsheet of associate names, adjusted minutes, and managers' names): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). Based on the information provided, the Court cannot tell what this document relates to or how it is or is not relevant to this case. **RULING DEFERRED.**

38. Exhibit 142 (Unnamed chart):  Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403). Based on the information provided, the Court cannot tell what this document relates to or how it is or is not relevant to this case. **RULING DEFERRED.**

39. Exhibit 159 (Resume of Jose Felix):  Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403).  **DENIED.**

40. Exhibit 160 (Employee Evaluation for Jose Felix, 1/1/2007 to 12/31/2007):  Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403).  **DENIED.**

41. Exhibit 161 (Manager Evaluation for Jose Felix, 1/1/2008 to 6/30/2008) Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403).  **DENIED.**

42. Exhibit 162 (Manager Evaluation for Jose Felix, 1/1/2008 to 12/31/2008): Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading (FRE 403).  **DENIED.**

43. Exhibit 163 (Various documents produced by Defendant, including letter from defense counsel to Plaintiff's counsel):  Irrelevant (FRE 402); hearsay (FRE 802); unduly prejudicial, confusing and/or misleading and cumulative of other documents listed and waste of time (FRE 403).  Plaintiff has withdrawn the first two pages of this exhibit.  The remainder

appears to be a random collection of documents, some of which may be relevant business records and some of which are not. **RULING DEFERRED.**

44. Exhibit 192 (Internet job postings): Hearsay (FRE 802); Irrelevant (FRE 402); unduly prejudicial, confusing and/or misleading (FRE 403). **RULING DEFERRED.**

45. Exhibit 193 (Assortment of "job search" documents – objection is directed at those that are unsigned and/or undated): Hearsay (FRE 802); unduly prejudicial, confusing and/or misleading and cumulative of other exhibits (FRE 403); best evidence (FRE 1002). **RULING DEFERRED.**

**Plaintiff's Objections to Defendant's Trial Exhibits**

Plaintiff objects to Defendant's Exhibits XX (MMPI-2 Outpatient Mental Health Report) and YY (MCMI-III Million Clinical Multiaxial Inventory III Interpretive Report). These appear to be mental health test results, but they are anonymous so the Court cannot determine their relevance or how they would be used at trial from the face of the documents. **RULING DEFERRED.** The parties shall file a brief statement within three days of the date of this Order as to whether these pertain to Plaintiff and what use the parties intend to make of them at trial.

**IT IS SO ORDERED.**

Dated: August 24, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge