DAVID J. BECHT, SBN 104208
dbecht@adamsnyeemployment.com
MICHAEL SACHS, SBN 235048
msachs@adamsnyeemployment.com
MYTHILY SIVARAJAH, SBN 252494
msivarajah@adamsnyeemployment.com
ADAMS | NYE | BECHT | LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile: (415) 982-2042

Attorneys for Plaintiff,
DANIEL IMPEY

MICHAEL E. BREWER, SBN 177912
mbrewer@littler.com
GREGORY ISKANDER, SBN 200215
giskander@littler.com
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Facsimile: 925.946.9809

Attorneys for Defendant,
OFFICE DEPOT. INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO BRANCH

| | |
|---|---|
| DANIEL IMPEY,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., AND DOES 1-100, INCLUSIVE,<br><br>    Defendants. | No. C09-01973 EDL<br><br>**STIPULATION AND REQUEST FOR WITHDRAWAL OF DEFENDANT'S BILL OF COSTS AND ORDER TAXING COSTS;** [PROPOSED] **ORDER**<br><br>Courtroom:    E<br>Judge:    Elizabeth Laporte |

WHEREAS, the Court entered final judgment in this action on September 19, 2011;

WHEREAS, on October 3, 2011, Defendant filed and served its Bill of Costs;

WHEREAS, Local Rule 54-2(a) provides that the party against whom costs are claimed, has 14 days in which to serve and file any objections to the Bill of Costs;

1    WHEREAS, counsel for the parties met and conferred in good faith regarding Defendant's Bill
2    of Costs and reached an agreement, whereby Defendant was to its Bill of Costs in exchange for
3    Plaintiff waving his right to pursue any appeal from the judgment entered in favor of Defendant and
4    against Plaintiff in this matter;

5    WHEREAS, on October 14, 2011, Defendant was about to withdraw its Bill of Costs;

6    WHEREAS, on October 14, 2011, the Clerk taxed costs against Plaintiff;

7    THEREFORE, the parties stipulate and request that the Court strike the Order taxing costs
8    against Plaintiff, entered on October 14, 2011.

9    The parties further stipulate and request that: Defendant's Bill of Costs is withdrawn.

10   In exchange, Plaintiff agrees to refrain from and otherwise waive his right to pursue any appeal
11   from the judgment entered in favor of Defendant and against Plaintiff in this matter.

12   It is further understood and agreed that this agreement is not intended to affect the judgment as
13   entered on September 19, 2011, which judgment shall stand.

**IT IS SO STIPULATED**.

Dated: October 14, 2011

/s/ Mythily Sivarajah
DAVID J. BECHT
MICHAEL SACHS
MYTHILY SIVARAJAH
ADAMS | NYE | BECHT LLP
Attorneys for Plaintiff
DANIEL IMPEY

Dated: October 14, 2011

/s/ Gregory Iskander
MICHAEL E. BREWER
GREGORY ISKANDER
LITTLER MENDELSON
Attorneys for Defendant
OFFICE DEPOT, INC.

### ORDER

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: October 17, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge