1   DAVID J. BECHT, SBN 104208
    dbecht@adamsnyeemployment.com
2   MICHAEL SACHS, SBN 235048
    msachs@adamsnyeemployment.com
3   MYTHILY SIVARAJAH, SBN 252494
    msivarajah@adamsnyeemployment.com
4   ADAMS | NYE | BECHT | LLP
    222 Kearny Street, Seventh Floor
5   San Francisco, California 94108-4521
    Telephone:  (415) 982-8955
6   Facsimile:   (415) 982-2042

7   Attorneys for Plaintiff,
    DANIEL IMPEY
8
    MICHAEL E. BREWER, SBN 177912
9   mbrewer@littler.com
    GREGORY ISKANDER, SBN 200215
10  giskander@littler.com
    LITTLER MENDELSON
11  A Professional Corporation
    Treat Towers
12  1255 Treat Boulevard, Suite 600
    Walnut Creek, CA  94597
13  Telephone:     925.932.2468
    Facsimile:      925.946.9809
14
    Attorneys for Defendant,
15  OFFICE DEPOT. INC.

16                      IN THE UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO BRANCH

18  DANIEL IMPEY,                             No.  C09-01973 EDL

19                         Plaintiff,         **STIPULATION AND REQUEST FOR**
                                              **WITHDRAWAL OF DEFENDANT'S BILL OF**
20            vs.                             **COSTS AND ORDER TAXING COSTS;**
                                              **[PROPOSED] ORDER**
21  OFFICE DEPOT, INC., AND DOES 1-100,
    INCLUSIVE,                                Courtroom:        E
22                                            Judge:            Elizabeth Laporte
                           Defendants.
23

24

25          WHEREAS, the Court entered final judgment in this action on September 19, 2011;

26          WHEREAS, on October 3, 2011, Defendant filed and served its Bill of Costs;

27          WHEREAS, Local Rule 54-2(a) provides that the party against whom costs are claimed, has

28  14 days in which to serve and file any objections to the Bill of Costs;

                                              1
    STIPULATION AND REQUEST FOR WITHDRAWAL OF  DEFENDANT'S BILL OF COSTS AND ORDER
                TAXING COSTS; [PROPOSED] ORDER- C09-01973 EDL

1    WHEREAS, counsel for the parties met and conferred in good faith regarding Defendant's Bill

2    of Costs and reached an agreement, whereby Defendant was to its Bill of Costs in exchange for

3    Plaintiff waving his right to pursue any appeal from the judgment entered in favor of Defendant and

4    against Plaintiff in this matter;

5    WHEREAS, on October 14, 2011, Defendant was about to withdraw its Bill of Costs;

6    WHEREAS, on October 14, 2011, the Clerk taxed costs against Plaintiff;

7    THEREFORE, the parties stipulate and request that the Court strike the Order taxing costs

8    against Plaintiff, entered on October 14, 2011.

9    The parties further stipulate and request that: Defendant's Bill of Costs is withdrawn.

10   In exchange, Plaintiff agrees to refrain from and otherwise waive his right to pursue any appeal

11   from the judgment entered in favor of Defendant and against Plaintiff in this matter.

12   It is further understood and agreed that this agreement is not intended to affect the judgment as

13   entered on September 19, 2011, which judgment shall stand.

14   **IT IS SO STIPULATED**.

15
                                                    /s/ Mythily Sivarajah
16   Dated: October 14, 2011                 DAVID J. BECHT
                                             MICHAEL SACHS
17                                           MYTHILY SIVARAJAH
                                             ADAMS | NYE | BECHT LLP
18                                           Attorneys for Plaintiff
                                             DANIEL IMPEY
19

20                                                  /s/ Gregory Iskander
21   Dated: October 14, 2011                 MICHAEL E. BREWER
                                             GREGORY ISKANDER
22                                           LITTLER MENDELSON
                                             Attorneys for Defendant
23                                           OFFICE DEPOT, INC.

24                                    **ORDER**

25   PURSUANT TO STIPULATION IT IS SO ORDERED.

26   Dated: ___October 17___, 2011          _Elizabeth D. Laporte_
                                            ELIZABETH D. LAPORTE
27                                          United States Magistrate Judge

28

STIPULATION AND REQUEST FOR WITHDRAWAL OF DEFENDANT'S BILL OF COSTS AND ORDER
TAXING COSTS; [PROPOSED] ORDER- C09-01973 EDL